# EXHIBIT C



**Richards Hogg Lindley**
Average Adjusters and Marine Claims Consultants

To: **The Concerned in Cargo**

**13 May 2016**

## DECLARATION OF GENERAL AVERAGE

### "SAFMARINE MERU"
### 8 May 2016 – Collision with "Northern Jasper"

The vessel was operating on Maersk Line's TP18 service from Asia to the U.S Gulf.

On 8 May 2016, whilst on passage from Qingdao, China to Ningbo, with 370 loaded containers and 800 empty containers on board, the vessel collided with the container vessel 'NORTHERN JASPER'. An explosion and severe fire followed on board the 'SAFMARINE MERU'. The vessel dropped anchor and the crew were forced to abandon her.

Tugs were dispatched by Zhejiang Maritime Search and Rescue Centre for fire-fighting operations.

It has been reported that two rows of empty containers have been affected by the collision, with some falling overboard. Furthermore, containers on deck and stowed in the holds close to the engine room are believed to have suffered smoke and heat damage and water damage during firefighting operations.

On 12 May towage of the vessel commenced to Meishen Terminal, Ningbo. The vessel arrived alongside on 13 May. Surveyors will attend for discharge of all the containers on board.

Shipowners have declared General Average and have appointed Richards Hogg Lindley (RHL), Liverpool office in the UK as the General Average Adjusters. **Before cargo can be released General Average security must be provided.**

The General Average security required by the shipowners from the cargo interests and to be sent to RHL Liverpool office is summarised as follows:

**Insured Cargo**

- Average Bond (as attached) completed and signed by the <u>cargo receivers</u>
- Insurers' Average Guarantee (as attached) completed and signed by the <u>cargo insurers</u>
- Copy of the cargo commercial invoice

Unless otherwise agreed in writing, the matter is accepted subject to our Standard Terms of Business, which are available at (http://www.ctplc.com/adjusting). If you would like us to forward to you a copy of these, then please let us know. Our liability in connection with this matter is limited to the lesser of £1m or ten times the value of our fees or such other amount as has been agreed in writing.

Richards Hogg Lindley is a trading name of Charles Taylor Adjusting Limited
Registered office: Standard House, 12-13 Essex Street, WC2R 3AA. Registered in England No.1994696

Richards Hogg Lindley
4th Floor, Royal Liver Building,
Pier Head, Liverpool
L3 1JH

T: +44 151 227 2175
F: +44 151 227 2179
E: info-liverpool@rhl-ct.com
www.rhlg.com



**Richards Hogg Lindley**
Average Adjusters and Marine Claims Consultants

### Uninsured Cargo

- Average Bond (as attached) completed and signed by the <u>cargo receivers</u>
- Copy of the cargo commercial invoice
- A cash deposit will also be required in place of an insurers' average guarantee. If cargo is not insured, RHL Liverpool should be informed in order that they can advise the amount of the cash deposit and the details of the designated bank account into which the funds should be remitted.

### LCL/Groupage Cargo

We urge freight forwarders to provide a breakdown of LCL cargo as soon as possible in order to readily identify all the individual shipments within the container.

### Contact Details

Kindly note our contact details:

**Richards Hogg Lindley (RHL)**
4th Floor, Royal Liver Building
Liverpool
L3 1JH
United Kingdom

Email: info-liverpool@rhl-ct.com
Phone:+44 (0)151 2272175

### Website Details

A list of the cargo which can be released at the relevant port of discharge as far as General Average security requirements are concerned, together with the blank forms and case news, can be downloaded from our website:-

www.rhlg.com/clients

You may use the dropdown menu to locate the vessel's name "SAFMARINE MERU". The password for this case is 16MR85.

Please note that the cargo cannot be released at destination until the full General Average security requirements have been met.

Yours faithfully,

<i>[signature]</i>

Steven Rowe<br>Adjusting Manager

